UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDERPOINT, INC.,

Plaintiff,

v.

BOISE CASCADE OFFICE PRODUCTS,

Defendant.

Case No. 00-CV-15 RHK/JMM

**NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and in accordance with a settlement reached by the parties, Plaintiff Orderpoint, Inc., by and through its counsel, hereby dismisses with prejudice all of its claims in the above-entitled action.

Dated: January 29, 2001

FISH & RICHARDSON P.C., P.A.

By: Greg A. McAllister

Mathias W. Samuel (0272164)
Greg A. McAllister (295759)
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Attorneys for Plaintiff
ORDERPOINT, INC.

**IT IS SO ORDERED:**

Dated: 1/30/01

Judge Richard H. Kyle
United States District Court

FILED JAN 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK